IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMY SCALES,

      Plaintiff,

                                         Case No. 18-cv-889-bbc

  v.

LUCAS WEBER, MICHAEL DITTMAN,
AND JIM SCHWOCHERT,

      Defendants.

## JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the

defendants dismissing this case.

| | |
|---|---|
| /s/ | 01/17/2019 |
| Peter Oppeneer, Clerk of Court | Date |